SHIRLEY SIMON, an Infant, by Her Guardian ad Litem, ISRAEL SIMON, ISRAEL SIMON and Others, Respondents, v. STAHL-MEYER, INC., and Another, Appellants.

— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.